## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON L. JACOCKS, Individually and on behalf of all other similarly situated individuals | : : : | CIVIL ACTION NO.: 3:11-CV-01585 (JBA) |
|     Plaintiffs | : : | |
| V. | : : | |
| MOORE MEDICAL, LLC, MCKESSON CORPORATION, and MCKESSON MEDICAL-SURGICAL, INC. | : : : | DECEMBER 12, 2012 |
|     Defendant | : | |

## JOINT STATUS REPORT

In accordance with the order of the Court, Plaintiff, Jason L. Jacocks, individually and on behalf of all other similarly situated individuals ("Plaintiff"), and Defendants Moore Medical, LLC, McKesson Corporation, and McKesson Medical-Surgical, Inc. ("Defendants"), by and through their undersigned attorneys, hereby submit this joint status report. The parties state as follows:

1. The parties engaged in mediation for this case on October 3, 2012 before JAMS mediator, Carol A. Wittenberg.

2. The parties have reached a settlement and are in the process of completing the settlement papers.

3. The parties anticipate filing papers for approval of the settlement with the court prior to the year end.

| | |
|---|---|
| PLAINTIFF,<br>Jason Jackocks, individually and on behalf of other similarly situated Assistant Store Managers<br><br>By:  */s/ Heena Kapadia*<br>Heena Kapadia, Esq. (ct11869)<br>William G. Madsen (ct09853)<br>Madsen, Prestley & Parenteau, LLC<br>105 Huntington Street<br>New London CT 06320<br>Tel. (860) 442-2466<br>Fax. (860) 447-9206<br>hkapadia@mppjustice.com | DEFENDANTS, Moore Medical, LLC, McKesson Medical-Surgical, Inc., And McKesson Corporation<br><br>By: */s/ James R. Hays*<br>James R. Hays (CT 14985)<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>New York, New York 10112-0015<br>Tel: (212) 634-3025<br>Fax: (212) 655-1725<br>jhays@sheppardmullin.com |

## CERTIFICATION OF SERVICE

I hereby certify that on the 12th day of December, 2012, a copy of the foregoing Appearance, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

 /s/ Heena Kapadia
Heena Kapadia