UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON JACOCKS, Individually and on behalf of all other similarly situated individuals,<br>  *Plaintiff,*<br>   *v.*<br>MOORE MEDICAL, LLC, MCKESSON CORP., and MCKESSON MEDICAL-SURGICAL, INC.,<br>  *Defendants.* | Civil No. 3:11CV1585 (JBA)<br><br>June 26, 2013 |

ORDER

For the reasons stated in open court during the June 26, 2013 Fairness Hearing, an Order of Final Judgment will enter in accordance with the Final Settlement Agreement. Plaintiff's Motion [Doc. # 59] for Attorneys' Fees is GRANTED, and the Court hereby approves the settlement allocations, attorneys' fees and costs, incentive payment, and cy pres contributions. The following amounts will be awarded out of the $1,212,500 Settlement Fund:

1. $787,188.45 will be awarded to class members in accordance with the terms of the Final Settlement Agreement;

2. $15,000 will be awarded to Plaintiff Jason Jacocks as an incentive payment; and

3. $404,166.67 in attorneys' fees and $6,144.88 in costs will be awarded to Plaintiff's counsel.

The Clerk is directed to close the case.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.
Dated at New Haven, Connecticut this 26th day of June, 2013.